IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00467-WYD-PAC

ECHOSTAR SATELLITE, LLC., a Colorado limited liability corporation, f/k/a
ECHOSTAR SATELLITE CORPORATION,

      Plaintiff(s),

v.

CHANNEL ONE TV., INC., upon information and belief a California corporation,

      Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion for Entry of Stipulated Protective Order [filed October 27, 2005] is **GRANTED.** The attached Stipulated Protective Order is made an Order of the Court this date.

    IT IS **FURTHER ORDERED** that plaintiff's counsel shall not submit proposed Orders in red-lined format.

Dated:  November 9, 2005