IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-467-WYD-PAC

ECHOSTAR SATELLITE, L.L.C., a Colorado limited liability corporation, f/k/a
ECHOSTAR SATELLITE CORPORATION,

    Plaintiff,

v.

CHANNEL ONE TV, INC., upon information and belief a California corporation,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on Plaintiff EchoStar Satellite L.L.C.'s Status Report [# 34], filed April 10, 2006.  I note that on February 14, 2006, I permitted Defendant's counsel to withdraw.  Since that time, no new counsel has entered an appearance on behalf of Defendant.  At the time of Defendant's counsel's withdrawal, Amir Hamid Homayoun, Jr., President and CEO of Defendant Channel One TV, Inc., provided a declaration accompanying the motion to withdraw stating that it was his desire that Mr. Moffitt be permitted to withdraw and that he was "fully aware of the implication of Attorney Moffitt being allowed to withdraw from his case and that Channel One TV, Inc. must seek and employ new counsel . . . ."

In its Status Report, EchoStar notes that "[b]ecause an attorney has not made an entry of appearance on behalf of Channel One, which representation is required for a corporation in the U.S. District Court for Colorado and because Channel One is

prohibited from proceeding *pro se* by this Court's order, it appears Channel One has ceased to litigate this action."

Based on the foregoing, it is

ORDERED that new counsel for Defendant shall file an entry of appearance by **Monday, May 1, 2006**, or the Court, without further notice to the parties, will enter orders on the pending motions.

Dated:  April 13, 2006

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge